No. 18,338.

J. E. WEEKS, *Appellee,* v. THE SEYMOUR PACKING COMPANY, *Appellant.*

### OPINION ON REHEARING.

Appeal from Shawnee district court, division No. 2; GEORGE H. WHITCOMB, judge. Opinion on rehearing filed April 11, 1914. Reversal sustained. (For original opinion see 90 Kan. 365, 133 Pac. 713.)

*R. W. Blair, C. A. Magaw,* and *T. M. Lillard,* all of Topeka, for the appellant.

*D. H. Branaman,* and *J. B. Larimer,* both of Topeka, for the appellee.

*Per Curiam:* This case has been fully and ably reargued. After carefully considering all the questions raised upon the rehearing, the former decision (*Weeks v. Packing Co.,* 90 Kan. 365, 133 Pac. 713) is adhered to.

No. 18,340.

M. A. DUNCAN, *Appellee,* v. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, *Appellant.*

### OPINION ON REHEARING.

Appeal from Sumner district court; CARROLL L. SWARTS, judge. Opinion on rehearing filed April 11, 1914. Reaffirmed. (For original opinion see 90 Kan. 369, 133 Pac. 730.)

*William R. Smith, Owen J. Wood,* and *Alfred A. Scott,* all of Topeka, for the appellant.

*Ed. T. Hackney,* of Wellington, for the appellee.

*Per Curiam:* The ruling on the former hearing is adhered to.